1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12   JOHN AITKEN,                    )   Case No. CV 13-3631 R (MRW)
                                     )
13                    Petitioner,    )
                                     )
14            vs.                    )   JUDGMENT
                                     )
15   UNITED STATES OF                )
     AMERICA,                        )
16                                   )
                      Respondent.    )
17   _____ )

18

19        Pursuant to the Order Accepting Findings and Recommendations of the

20   United States Magistrate Judge,

21        IT IS ADJUDGED that the petition is denied and this action is dismissed

22   with prejudice.

23

24   DATE:  _August 30, 2013_

25                                 _____

26                                 HON. MANUEL L. REAL
                                   UNITED STATES DISTRICT JUDGE
27

28