UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN AITKEN, | ) | Case No. CV 13-3631 R (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: _August 30, 2013_

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE